BEFORE THE THIRD DIVISION, NOVEMBER 15, 1940

**No. 44745.**—Petition 5792–R of Sabine Transportation Co., Inc. (Galveston).

Opinion by CLINE, J. On the evidence presented it was found that there was no intention to misrepresent the facts or to defraud the revenue of the United States. The petition was therefore granted.